IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| IN RE: <br><br> GUANTÁNAMO BAY <br> DETAINEE LITIGATION | : <br> : <br> : <br> : Misc. No. 08-442 (TFH) <br> : <br> : |
| MOHAMMED SULAYMON BARRE, <br><br> Petitioner, <br><br> v. <br><br> GEORGE W. BUSH, *et al.*, <br><br> Respondents. | : <br> : <br> : <br> : <br> : Civil Action No. 08 CV 1153 (HHK) <br> : <br> : <br> : |

**NOTICE OF APPEARANCE AND CERTIFICATION
OF REPRESENTATION WITHOUT COMPENSATION**

Please enter my appearance on behalf of the petitioner in the above-captioned case. I hereby further certify, pursuant to Local Civil Rule 83.2(g), that I am representing this petitioner without compensation.

Dated:   New York, New York
         July 14, 2008

                                    Respectfully submitted,

                                    Counsel for Petitioner:

                                    /s/ Jonathan Wells Dixon
                                    Jonathan Wells Dixon (Pursuant to LCvR 83.2(g))
                                    CENTER FOR CONSTITUTIONAL RIGHTS
                                    666 Broadway, 7th Floor
                                    New York, New York 10012
                                    Tel:  (212) 614-6423
                                    Fax:  (212) 614-6499