IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| IN RE:<br><br>GUANTÁNAMO BAY<br>DETAINEE LITIGATION | : : : : : : : | Misc. No. 08-442 (TFH) |
| MOHAMMED SULAYMON BARRE,<br><br>                 Petitioner,<br><br>                 v.<br><br>GEORGE W. BUSH, *et al.*,<br><br>                 Respondents. | : : : : : : : : : : : : | Civil Action No. 08 CV 1153 (HHK) |

**NOTICE OF FILING OF**
**MOTION FOR ENTRY OF PROTECTIVE ORDER ON CONSENT**

Petitioner Mohammed Sulaymon Barre ("Petitioner"), by and through his undersigned counsel, hereby gives notice that on July 15, 2008, a copy of Petitioner's Motion for Entry of Protective Order on Consent was submitted under seal to the Court Security Office for filing and classification review for public filing.

The Motion will be filed via the Electronic Case Filing system when it has been cleared for public filing by the Court Security Office.

Dated:    New York, New York
            July 15, 2008

                                     Respectfully submitted,

Counsel for Petitioner:


 /s/ Emilou MacLean_____
Emilou MacLean (Pursuant to LCvR 83.2(g))
J. Wells Dixon
Pardiss Kebriaei
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6424
Fax: (212) 614-6499

- 2 -