IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF COLUMBIA

| | |
|---|---|
| MOHAMMED SULAYMON BARRE, )<br>)<br>Petitioner, )<br>)<br>)<br>)<br>)<br>GEORGE W. BUSH, )<br>President of the United States, *et al.* )<br>)<br>Respondents. )<br>) | Civil Action No. 08-cv-01153 (HHK) |

## NOTICE OF APPEARANCE AND CERTIFICATION
## OF REPRESENTATION WITHOUT COMPENSATION

Please enter my appearance on behalf of the petitioners in the above-captioned case. I hereby further certify, pursuant to Local Civil Rule 83.2(g), that I am representing these petitioners without compensation.

Dated:    July 16, 2008

                                Respectfully submitted,

                                Counsel for Petitioners:

                                __/s/_____
                                Pardiss Kebriaei (Pursuant to LCvR 83.2(g))
                                CENTER FOR CONSTITUTIONAL RIGHTS
                                666 Broadway, 7th Floor
                                New York, New York 10012
                                Tel: (212) 614-6452
                                Fax: (212) 614-6499