IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

————————————————————————— x
                                        :

MOHAMMED SULAYMON BARRE,       :
                                        :

                Petitioner,         :

                                        :

                   v.               :       Civil Action No. 08-1153 (RCL)

                                        :

BARACK OBAMA, *et al.*,           :
                                        :

                Respondents.     :

————————————————————————— x

## <u>NOTICE OF FILING</u>

       PLEASE TAKE NOTICE that Petitioner Mohammed Sulaymon Barre has submitted to

the Court Security Office for service and filing under seal his reply brief in further support of his

cross-motion to compel compliance with the protective order entered in this case (dkt. no. 188).

Dated:  September 14, 2012

                                 Respectfully submitted,

                                 /s/ J. Wells Dixon
                                 J. Wells Dixon (Pursuant to LCvR 83.2(g))
                                 CENTER FOR CONSTITUTIONAL RIGHTS
                                 666 Broadway, 7th Floor
                                 New York, New York 10012
                                 Tel:  (212) 614-6423
                                 Fax: (212) 614-6499
                                 wdixon@ccrjustice.org

                                 *Counsel for Mohammed Sulaymon Barre*